**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America *ex rel.* Karla Johnson,

Plaintiff,

v.

Arizona Department of Child Safety, *et al.*,

Defendants.

No. CV-25-00588-PHX-JJT

**ORDER**

In its prior Orders (Docs. 7, 12), the Court stated Relator Karla Johnson is required to retain counsel in this action and set a deadline of July 30, 2025 for any counsel she retained to file a notice of appearance. That deadline has passed, and no counsel has appeared. Accordingly,

**IT IS HEREBY ORDERED** dismissing this action without prejudice.

**IT IS FURTHER ORDERED** directing the Clerk of Court to close this matter.

Dated this 12th day of August, 2025.

Honorable John J. Tuchi
United States District Judge

CC: Lon R. Leavitt, Assistant United States Attorney